# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3211
LT Case No. 2023-CF-00273

_____

VERRON SHAWNDELL STREETER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender, and Steven N. Gosney, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.


August 16, 2024


PER CURIAM.

    We affirm Appellant's judgment and sentence, but remand for a corrected judgment striking the $100 of investigation costs because they were neither part of the plea agreement nor requested by the State. *See Richards v. State*, 288 So. 3d 574, 577

(Fla. 2020) (holding that investigative costs may not be imposed where State fails to request such costs before judgment).

AFFIRMED and REMANDED with instructions.

MAKAR, KILBANE, and PRATT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————